# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00741-CR

**The State of Texas, Appellant**

**v.**

**Stephan Anthony Burney, Appellee**

### FROM THE 466TH DISTRICT COURT OF COMAL COUNTY
### NO. CR2018-830D, THE HONORABLE STEPHANIE BASCON, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

The State moves to dismiss its appeal as moot because the trial court's signed Mistrial Order without prejudice expressly rescinded the challenged part of its oral order dismissing the case with prejudice after a mistrial. We grant the motion and dismiss this appeal.

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Kelly and Theofanis

Dismissed

Filed: December 14, 2023

Do Not Publish